AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Ronald Eugene Wade ) | Case No: 4:04CR00258-01 GTE |
| ) | USM No: 23507-009 |
| Date of Previous Judgment: November 3, 2006 ) | Jerome Kearney |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❒ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   72 Months   months **is reduced to**   60 Months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   28             Amended Offense Level:   26
Criminal History Category:   III          Criminal History Category:   III
Previous Guideline Range:   92 to 115 months     Amended Guideline Range:   77 to 96 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

   ❒ The reduced sentence is within the amended guideline range.
X  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
   ❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   11/03/06   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 13, 2008                              /s/ Garnett Thomas Eisele
                                                                            Judge's signature

Effective Date: _____                    Garnett Thomas Eisele, U.S. District Judge
   (if different from order date)                                  Printed name and title